UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SONIA ELENA GUERRERO-LANDAETA, | § § § § § | |
| Petitioner, | | |
| v. | § § | CIVIL ACTION NO. 3:26-cv-0209-B |
| KRISTI NOEM, et al., | § § § | |
| Respondents. | § | |

## STANDING ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), this case is hereby referred to United States Magistrate Judge Renee H. Toliver for pretrial management. All non-dispositive motions are prospectively referred to the magistrate judge for determination. All case-dispositive motions are prospectively referred to the magistrate judge for recommendation. All other pretrial matters, including scheduling and alternative dispute resolution, are referred to the magistrate judge for appropriate action consistent with applicable law.

SO ORDERED.

SIGNED: January 28, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE